UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

Brian Colella,

                                                          Plaintiff,

                                  -against-

New York City Fire Department, City of New York, and Dominick Moretti, in his individual capacity and as Supervisor, FDNY,

                                                          Defendants.

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

09 Civ. 5258 (ARR) (LB)

----------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that, upon defendants Statement of Undisputed Facts pursuant to Rule 56.1 of the Local Rules of this Court, dated June 10, 2011; the Declaration of Assistant Corporation Counsel Alicia H. Welch, dated June 10, 2011, and the exhibits annexed thereto; the Declaration of Dominick Moretti, dated June 9, 2011; the Declaration of Patrick Damas, dated June 3, 2011; the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated June 10, 2011, and upon all other pleadings and proceedings herein, defendant will move this Court, at the United States District Court for the Eastern District Court of New York, located at 225 Cadman Plaza East, Brooklyn, NY, 11201, before the Honorable Allyne Ross, at a time and date to be determined by the Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting defendants complete summary judgment dismissing all claims in this action.

- 2 -

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's Order, dated April 27, 2011, plaintiff's opposition papers must be served on or before July 22, 2011 and defendants' reply papers and the fully briefed motion are to be submitted to the Court no later than August 5, 2011.

Dated:   New York, New York
         June 10, 2011

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Defendants
                                        100 Church Street, Room 2-138
                                        New York, New York 10007
                                        (212) 788- 6760
                                        awelch@law.nyc.gov

                                        By:            /s/
                                            Alicia H. Welch
                                            Assistant Corporation Counsel


TO:  Antonia Kousoulas
     Attorney for Plaintiff
     Kousoulas & Associates P.C.
     48 Wall Street, 25th Floor
     New York, New York  10005

Docket No. 09 Civ. 5258 (ARR) (LB)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Brian Colella,

                                            Plaintiff,

-against-

New York City Fire Department, City of New York, and Dominick Moretti, in his individual capacity and as Supervisor, FDNY,

                                            Defendants.

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-138
New York, N.Y. 10007
Of Counsel:  Alicia H. Welch
Tel:          (212) 788-6760

Law Manager No.: 2009-047393

*Due and timely service is hereby admitted*

*New York, N.Y.  ...................................., 200 . . .*

*....................................................................Esq.*

*Attorney for........................................................*