UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BRIAN COLELLA,                                                     JUDGMENT
                                                                           09-CV- 5258 (ARR)
                         Plaintiff,

   -against-

NEW YORK CITY FIRE DEPARTMENT; CITY OF
NEW YORK; and DOMINIC MORETTI, in his individual
capacity and as Supervisor, FDNY,

                         Defendants.
-------------------------------------------------------------------X

         An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 20, 2012, granting Defendants' motion for summary judgment; it is

         ORDERED, ADJUDGED AND DECREED that Defendants' motion for summary judgment is granted.

                                                                         s/DCP

Dated: Brooklyn, New York
          June 21, 2012                                         DOUGLAS C. PALMER
                                                                            Clerk of Court